IN THE CIRCUIT COURT FOR
ST. MARY'S COUNTY, MARYLAND

| | |
|---|---|
| ROBIN POE<br>26954 Cat Creek Road<br>Mechanicsville, Maryland 20659<br><br>            Plaintiff,<br><br>vs.<br><br>WAL-MART REAL ESTATE BUSINESS TRUST<br>702 SW 8th Street<br>Bentonville, Arkansas 72716<br><br>SERVE ON:<br>The Corporation Trust Incorporated<br>2405 York Road<br>Suite 201<br>Lutherville Timonium, Maryland 21093<br><br>and<br><br>WALMART, INC.<br>701 South Walton Boulevard<br>Bentonville, Arkansas 72716<br><br>SERVE ON:<br>The Corporation Trust Incorporated<br>2405 York Road<br>Suite 201<br>Lutherville Timonium, Maryland 21093<br><br>            Defendants. | Case No. _____ |

COMPLAINT AND DEMAND FOR JURY TRIAL

    Plaintiff, Robin Poe, by undersigned counsel, hereby files this Complaint against Wal-Mart Real Estate Business Trust, and WalMart, Inc., Defendants herein, and alleges as follows:

## I. JURISDICTION AND VENUE

1. Plaintiff invokes the jurisdiction of this Court pursuant to Md. Code Ann., Cts. and Jud. Proc. Article, § 6-101 *et seq*.

2. Venue is proper in this Court pursuant to Md. Code Ann., Cts. & Jud. Proc. Article, §§ 6-201 and 6-202.

3. The amount in controversy herein exceeds the sum of $75,000.00 exclusive of interest and costs.

## II. PARTIES

4. Robin Poe ("Poe") is a citizen of the State of Maryland with a residence in St. Mary's County at 26954 Cat Creek Road, Mechanicsville, Maryland 20659.

5. Wal-Mart Real Estate Business Trust ("Wal-Mart Real Estate") is a Delaware based Corporation with its principal place of business located at 702 SW 8th Street, Bentonville, Arkansas 72716. Upon information and belief, Wal-Mart Real Estate is the owner and/or lessor of the Wal-Mart store located at the property known as 45485 Miramar Way, California, Maryland 20619.

6. WalMart, Inc. ("WalMart Stores") is a Delaware based Corporation with its principal place of business located at 701 South Walton Boulevard, Bentonville, Arkansas 72716. Upon information and belief, WalMart Stores, Inc. operates many retail stores throughout Maryland, one of which is located at

45485 Miramar Way, California, Maryland 20619. Upon information and belief, WalMart Stores leased the Premises from Wal-Mart Real Estate.

### III. FACTS

7. On or about June 23, 2019, Poe was an invitee at the Walmart Superstore located at 45485 Miramar Way, California, Maryland 20619. As Poe was walking in the store, she tripped on a hanger or hangers that had accumulated on the floor causing her to fall to the ground and sustain profound and painful injuries to her neck, head, back, and body. Immediately after her fall, Poe noticed that the hanger or hangers which caused her to fall had accumulated underneath a display rack containing women's clothing. As a result of the injuries sustained, Poe was forced to incur substantial medical bills. As of the date of the filing of this Complaint, Poe is still experiencing periodic pain and discomfort as result of the injuries she sustained as a result of her fall on June 23, 2019 and may be in need of future medical care.

8. At all times prior to her fall, Poe maintained a proper and vigilant outlook as she walked through the Wal-Mart store and her actions in no way contributed to her fall. To the contrary, Poe's injuries were solely the result of the unreasonable acts and omissions of Defendants, Wal-Mart Real Estate and/or WalMart Stores.

9. Prior to this accident, Wal-Mart Real Estate and/or WalMart Stores knew or should have known that (1) a hanger or hangers had accumulated on the floor of the store where Poe fell; and (2) no adequate warning were posted to alert patrons, like Poe, of the dangerous condition located on the floor of the Premises. Notwithstanding said knowledge and notice, Wal-Mart Real Estate and/or WalMart Stores failed to take reasonable actions to prevent and/or cure the hazardous conditions which they knew or should have known could result in injuries to their customers.

## COUNT I
### (Negligence – Wal-Mart Real Estate)

10. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-9.

11. Wal-Mart Real Estate, at all times material to this Complaint, was the owner and or lessor of the Wal-Mart Superstore located that the property known as 45485 Miramar Way, California, Maryland 20619. As such, Wal-Mart Real Estate owed a duty to Poe, and all invitees who were lawfully on the premises, to properly maintain the walkways on the Premises free from dangerous accumulation of hangers which could cause injury. Wal-Mart Real Estate also had a duty to warn Poe, and all other patrons lawfully entering onto the property, of any defects,

4

dangers or other hazardous conditions which existed on the property.

12. On or about June 23, 2019, Wal-Mart Real Estate breached the duties of care it owed to Poe by failing to (1) take reasonable actions to ensure that the floors on the Premises were free from the dangerous accumulation of hangers; and (2) warn Poe, and other patrons lawfully on the Premises, of the aforementioned dangerous conditions of which it knew or should have known existed as of the time of Poe's fall.

13. As a result of Wal-Mart Real Estate's breaches of the duties of care owed to Poe, Poe sustained substantial damages.

WHEREFORE, Plaintiff, Robin Poe, prays that the Court enter judgment in her favor and against Defendant, Wal-Mart Real Estate Business Trust, for compensatory damages in the amount exceeding $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

### COUNT II
### (Negligence - Walmart Stores)

14. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-13.

15. Walmart Stores, at all times material to this Complaint, was the leasee of the Premises and in possession, custody and control of the property known as 45485 Miramar Way,

California, Maryland 20619. As such, Walmart Stores owed a duty to Poe, and all invitees who were lawfully on the premises, to properly maintain the walkways on the Premises free from dangerous accumulation of hangers which could cause injury. Walmart Stores also had a duty to warn Poe, and all other patrons lawfully entering onto the property, of any defects, dangers or other hazardous conditions which existed on the property.

16. On or about June 23, 2019, Walmart Stores breached the duties of care it owed to Poe by failing to (1) take reasonable actions to ensure that the floors on the Premises were free from the dangerous accumulation of hangers; and (2) warn Poe, and other patrons lawfully on the Premises, of the aforementioned dangerous conditions of which it knew or should have known existed as of the time of Poe's fall.

17. As a result of Walmart Stores' breaches of the duties of care owed to Poe, Poe sustained substantial damages.

WHEREFORE, Plaintiff, Robin Poe, prays that the Court enter judgment in her favor and against Defendant, Walmart Stores, Inc., for compensatory damages in the amount exceeding $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

## COUNT III
(Negligence - All Defendants)

18. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-17.

19. Walmart Stores, the entity responsible for the maintenance and upkeep of the property known as Wal-Mart Superstore located at 45485 Miramar Way, California, Maryland 20619, at all times relevant to this Complaint was acting as the agent and/or servant of Wal-Mart Real Estate, subject to the direction of Wal-Mart Real Estate and for the financial benefit of Wal-Mart Real Estate. As such, Walmart Stores and Wal-Mart Real Estate owed a duty to Poe, and all invitees who were lawfully on the premises, to properly maintain the walkways on the Premises free from dangerous accumulation of hangers which could cause injury. Walmart Stores and Wal-Mart Real Estate also had a duty to warn Poe, and all other patrons lawfully entering onto the property, of any defects, dangers or other hazardous conditions which existed on the property.

20. On or about June 23, 2019, Wal-Mart Real Estate, by and through the acts and omissions of its agent, servant, and/or employee, Walmart Stores, breached the duties of care they owed to Poe by failing to (1) take reasonable actions to ensure that the floors on the Premises were free from the dangerous accumulation of hangers; and (2) warn Poe, and other patrons

lawfully on the Premises, of the aforementioned dangerous conditions of which it knew or should have known existed as of the time of Poe's fall.

21. As a result of Walmart Stores' and Wal-Mart Real Estate's breaches of the duties of care owed to Poe, Poe sustained substantial damages.

WHEREFORE, Plaintiff, Robin Poe, prays that the Court enter judgment in her favor and against Defendants, Walmart Stores, Inc. and Wal-Mart Real Estate Business Trust, jointly and severally, for compensatory damages in the amount exceeding $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

Respectfully submitted,

Thomas C. Costello, #9412430142
Matthew T. Holley, #1306190131
tcc@costellolawgroup.com
mth@costellolawgroup.com
Costello Law Group
409 Washington Avenue, Suite 410
Towson, Maryland 21204
(410) 832-8800

Attorneys for Plaintiff,
Robin Poe

## JURY TRIAL DEMANDED

Plaintiff hereby demands and request that all claims, actions and causes of action set forth herein be tried before a jury.

_____
Matthew T. Holley

## CERTIFICATE IN COMPLIANCE WITH RULE 20-201(F)

I certify that this submission does not contain any restricted information as defined by Maryland Rule 20-101(s).

_____
Matthew T. Holley