IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBIN POE, | * | |
|     Plaintiff, | * | |
| | | Civil No. TJS-20-3425 |
| v. | * | |
| WAL-MART REAL ESTATE BUSINESS TRUST, *et al.*, | * | |
| | * | |
|     Defendants. | | |
| * * * | * * * | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment (ECF No. 15) is **GRANTED**. Summary judgment is entered in favor of Defendants Wal-Mart Real Estate Business Trust and Walmart, Inc.

The Clerk shall **CLOSE** this case.

<u>March 8, 2022</u>                                                                        /s/
Date                                                                      Timothy J. Sullivan
                                                                             United States Magistrate Judge